UNITED STATES of America,
Plaintiff-Appellee,

v.

Samuel J. CUSUMANO, Jr.,
Defendant-Appellant.

No. 16-10869
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(April 28, 2017)

Gregory Patrick McMahon, Pamela C. Marsh, U.S. Attorney's Office, Gainesville, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff-Appellee

Before WILLIAM PRYOR, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Robert A. "Gus" Harper III, appointed counsel for Samuel J. Cusumano, Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cusumano's conviction and sentence are **AFFIRMED**.